COMPLAINT EXHIBIT - N




**Oklahoma County Detention Center**
201 N. Shartel -- Oklahoma City, OK 73102
Phone: (405) 713-1000

Booking # 140006178    Jacket# 2796

BARLEAN, KELLY JOHN

**Oklahoma County Detention Center**
201 N. Shartel -- Oklahoma City, OK 73102
Phone: (405) 713-1000

Booking # 140010576    Jacket# 2796

BARLEAN, KELLY JOHN

## 🔒 Classification Communcation / Relocation Form

**KELLY J BARLEAN #140010576**

| Field | Value |
|---|---|
| JMS ID: | 2796 |
| SSN: | [redacted] |
| DOB: | 08/03/1961 |
| Age: | 60 |
| Height: | 6ft 0in |
| Weight: | 210 |
| Agency: | OKLAHOMA CITY POLICE DEPT |
| Location: | BOOKING |
| Race: | W |
| Interviewer: | LPN Walker, Dawn 08/18/2021 01:23 |

| | | |
|---|---|---|
| Relocation Need: | ⦿ Special Needs - Medical Housing | CPAP while sleeping |
| Housing Accommodations: | ☑ Bottom Tier / Bottom Bunk | withdrawal seizure precautions |