IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLY J. BARLEAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-00488-JD |
| JESSE CHILDERS, et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Before the Court is the Joint Status Report and Discovery Plan filed by Plaintiff Kelly J. Barlean ("Status Report"). [Doc. No. 92]. The Status Report is STRICKEN for failure to comply with Local Civil Rule 16.1(a)(2), which requires the parties to "sign jointly" the joint status report and discovery plan. The Status Report lacks signatures from counsel for the Defendants in this matter. *See* [Doc. No. 92 at 11].

The Plaintiff is ORDERED to file a Joint Status Report and Discovery Plan that complies with the rules within fourteen (14) days of this Order, or no later than April 21, 2025.

IT IS SO ORDERED this 7th day of April 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE